IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Aronna M. Winston, | ) | C/A No.: 3:13-2580-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| The Dermatology Group LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on the affidavit of Jeffrey C. Kull, Esq., counsel for The Dermatology Group LLC ("Defendant"), regarding attorneys' fees expended in obtaining responses from Aronna M. Winston ("Plaintiff") to Defendant's First Set of Interrogatories and First and Second Sets of Requests for Production served on October 29 and 30, 2013. [Entry #14]. In an order dated March 6, 2014, the undersigned granted Defendant's motion to compel and request for attorneys' fees in connection with the motion. [Entry #13]. The order directed counsel to file an affidavit setting out the time expended in connection with filing the motion to compel and with drafting the correspondence related to the overdue discovery. *Id*. Mr. Kull submitted an affidavit with an attached statement of fees. [Entry #14]. The statement indicates that counsel spent a total of 2.2 hours at an hourly rate of $175 in an attempt to obtain the overdue discovery. [Entry #14-1]. The undersigned finds that counsel's statement of fees is reasonable and

1

directs Plaintiff to pay counsel for Defendant $385.00 in attorneys' fees pursuant to Fed. R. Civ. P. 37(a)(5).

    IT IS SO ORDERED.

*Shiva V. Hodges*

March 28, 2014  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge